IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMY LUNA | § § § | |
| | § | CIVIL ACTION NO. 19-00243 |
| VS. | § § § | |
| WAL-MART STORES TEXAS, LLC | § | |

**NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, AMY LUNA, and Defendant, WAL-MART STORES TEXAS, LLC, (collectively referred to as the "Parties"), file this Notice of Settlement and in support show the Court as follows:

**I.**

The Parties hereby submit this Notice of Settlement to inform the Court that the dispute has settled. Upon exchange and execution of the necessary documents, the Parties will file a Stipulation of Dismissal and proposed Order dismissing the action with prejudice.

**II.**

The settlement by the Parties was accomplished by negotiations among counsel, through the use of a mediator. The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the occurrence on March 25, 2017, at Walmart Store No. 915, 11210 West Airport Blvd., Stafford, Texas, 77477.

All costs will be paid by Parties incurring same. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem.

**III.**

As outlined in the Court Procedures, the Parties request that the Court enter a 60-day conditional Order of Dismissal while settlement is completed.

Respectfully submitted,

**THE ESTEFAN FIRM, P.C.**

/s/ Ronald M. Estefan
Ronald M. Estefan
Texas Bar No. 00785851
Fed Bar No. 16029
2306 Mason Road
Houston, Texas 77006
(713) 333-1100
(713) 333-1101 fax
ron@ronestefanlaw.com

ATTORNEY FOR PLAINTIFF,
AMY LUNA


**BUSH & RAMIREZ, PLLC**

*/s/Julie C. Warnock*
John A. Ramirez
ATTORNEY IN CHARGE
Texas Bar No. 00798450
Fed. Bar No. 21280
Julie C. Warnock
SBN: 24063574/FBN: 1107157
5615 Kirby Drive, Suite 900
Houston, Texas 77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
jramirez.atty@bushramirez.com
jwarnock.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Plaintiff regarding the substance and filing of this Notice of Settlement.

*/s/ Julie C. Warnock*
John A. Ramirez | Julie A. Warnock

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

*/s/ Julie C. Warnock*
John A. Ramirez | Julie A. Warnock