United States District Court
Southern District of Texas
**ENTERED**
June 19, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **AMY LUNA** § | **CIVIL ACTION NO. 4:19-CV-00243** |
| § | |
| **V.** § | **JUDGE ALFRED H. BENNETT** |
| § | |
| **WAL-MART STORES TEXAS, L.L.C.** § | **JURY TRIAL DEMANDED** |

## ORDER

Plaintiff's Unopposed Motion to Dismiss with Prejudice is granted. The Court orders Plaintiff Amy Luna's claims in this lawsuit against Defendant Wal-Mart Stores Texas, L.L.C. are hereby dismissed with prejudice. The Court further orders that all parties shall bear their own taxable costs in this case.

June 19, 2020  
Date

_____  
The Honorable Alfred H. Bennett  
United States District Judge